**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

DARRELL RICHARD JR., et al.,

        Plaintiffs,

v.

TRENDWEST INC, et al.,

        Defendant.

**Case No.**  C02-5648 JKA

ORDER DENYING PLAINTIFFS' MOTION FOR PARTIAL RECONSIDERATION

THIS MATTER comes before the court on Plaintiffs' Motion for Reconsideration of the court's order on Plaintiffs' Motion to Strike Affirmative Defenses.  The court has reviewed plaintiffs' motion and pursuant to Local Rule 7(h)(3) requests no response.

Motions for reconsideration are disfavored.  The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence.  Local Rule 7(h)(1).  No such showing has been made in this instance.  ***Plaintiffs' Motion for Reconsideration is denied.***

May 26, 2005

     /s/ J. Kelley Arnold

J. Kelley Arnold, U.S. Magistrate Judge

ORDER
Page - 1