# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

RICHARDS, et al.,

                Plaintiffs,

    v.

TRENDWEST, et al.,

                Defendants.

**Case No.** C02-5648JKA

Order re: Judicial Settlement Conference

    The court has received correspondence from JAMS mediator, Gregory L. Bertram, confirming the parties attendance at mediation as required by the scheduling order. Mr. Bertram recommended further mediation with Sr. District Judge Robert J. Bryan. Judge Bryan is unavailable.

    ACCORDINGLY, this court on it's own motion orders as follows:

    1. The parties confer among themselves and then notify the court JOINTLY if they wish further mediation with a judicial officer. If so, and they can agree on a Judge other than Judge Bryan, this court will inquire as to that judge's availability. If there is not a joint request for further mediation with a judicial officer, the court must be JOINTLY notified of that determination as well.

    2. The parties are directed to JOINTLY advise the court as to how they wish to proceed no later than August 8, 2005.

                    Dated this 28th day of July, 2005.

                    /s/ *J. Kelley Arnold*
                  J. Kelley Arnold,
                  United States Magistrate Judge