**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

DARRELL RICHARD, et al.,

        Plaintiffs,

v.

TRENDWEST, INC., et al.,

        Defendants.

**Case No.** C02-5648JKA

**ORDER ON PLAINTIFFS' MOTIONS IN LIMINE**

    THIS MATTER comes before the court on Plaintiffs' Motions in Limine. The court has considered all materials submitted in support of and in response to said motion as well as the files and records herein.

    IT IS HEREBY ORDERED that plaintiffs' motions in limine, numbered 1 thru 33, as set forth in Docket 144, be Granted, Denied, or Reserved as hereafter set forth.

1. Granted
2. Granted, except with regard to Punitive Damage issue
3. Reserved
4. Granted
5. Granted
6. Granted, except as to interim earnings
7. Granted
8. Granted

| | | |
|---|---|---|
| 9. | Granted | |
| 10. | Granted | |
| 11. | Granted | |
| 12. | Granted | |
| 13. | Reserved | |
| 14. | Granted | |
| 15. | Reserved | |
| 16. | Denied | |
| 17. | Denied | |
| 18. | Reserved | |
| 19. | Denied | |
| 20. | Granted | |
| 21. | Reserved | |
| 22. | Reserved | |
| 23. | Denied | |
| 24. | Denied | |
| 25. | Reserved | |
| 26. | Reserved | |
| 27. | Denied | |
| 28. | Reserved | |
| 29. | Granted | |
| 30. | Granted | |
| 31. | Granted | |
| 32. | Granted | |
| 33. | Reserved | |

The foregoing rulings are always subject to revision by the court in the event counsel, parties, or witnesses "open the door" through testimony or other conduct.

.

Dated this 12th day of August, 2005

   /s/ J. Kelley Arnold
U.S. Magistrate Judge, J. Kelley Arnold