THE HONORABLE J. KELLY ARNOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DARRELL RICHARD, JR.; DARRELL RICHARD, SR.; MAURICE JOHNSON; ELVESTER MILLER; MARSHALL WILLIAMS; ERNEST FRANKLIN JR.; JONAS STOKES; HAROLD T. GRAY; CHARLES JOHNSON; MELVIN G. BROOM,<br><br>Plaintiffs,<br><br>v.<br><br>TRENDWEST, INC., a California incorporation licensed to do business in Washington; TOM FRIEBERGER; KEITH McCAULEY; MICHAEL WAGONER; LYLE GREGOR; ROB JOHNSON; DARRELL CRAFT, BRIANE MOORE,<br><br>Defendants. | NO. C02-5648 JKA<br><br>ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE |

THIS MATTER having come on regularly and duly for hearing this day before this court on the foregoing motion of the Plaintiffs for voluntary dismissal with prejudice, and the Court having examined the files and records herein and having been fully advised in the premises, now, therefore, it is

ORDER GRANTING DISMISSAL - 1 of 2

Law Office Of
Thaddeus P. Martin
4002 Tacoma Mall Blvd. Ste. 102
Tacoma, WA 98409
253-682-3420

ORDERED that the Plaintiffs' claim against the Defendants, be and the same hereby is dismissed.

DONE IN OPEN COURT this 22nd day of February, 2006.

/s/ J. Kelley Arnold

U.S. Magistrate Judge

Presented by:

THADDEUS P. MARTIN, LLC.

By **/s/**
Thaddeus P. Martin, WSBA No. 28175
Attorney for Plaintiffs

ORDER GRANTING DISMISSAL - 2 of 2

Law Office Of
Thaddeus P. Martin
4002 Tacoma Mall Blvd. Ste. 102
Tacoma, WA 98409
253-682-3420